FILED

2006 MAR -1 PM 1:21

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. SA-06-CR-107 |
| | ) |
| Plaintiff, | ) **INDICTMENT** |
| | ) |
| v. | ) Violation: 18 U.S.C. § 1001 |
| | )           False Statement to Agency |
| GEORGE ARTHUR CONTRERAS, JR., | ) |
| | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. § 1001]

On or about October 30, 2003, in the Western District of Texas, in a matter within the jurisdiction of the Bureau of Alcohol, Tobacco, Firearms and Explosives, an agency and department of the United States, the Defendant,

**GEORGE ARTHUR CONTRERAS, JR.,**

did knowingly and willfully make and use a false writing and document containing a materially false, fictitious, and fraudulent statement, knowing the same to contain such a statement, in that the Defendant made and caused to be presented to the Bureau of Alcohol, Tobacco, Firearms and Explosives a writing and document purporting to be an Alcohol, Tobacco and Firearms ATF Form 4473 Firearms Transaction Record Part 1 - Over- the-Counter which evidences the transfer of a firearm described as a Browning, Model 48, .380 caliber pistol, serial number 425MX01124 by Norvell C. Foster to a purchaser or transferee, whereas in truth and fact, as the Defendant well knew,

1

said writing and document was not a true account of information written by him, in violation of Title 18, United States Code, Section 1001.

A TRUE BILL 

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
GERALD H. MATHENY
Special Assistant United States Attorney